**From:** **Noren, Benjamin** bn@dhclegal.com
**Subject:** RE: Tasteland Holdings LLC v. J&M Realty Services Corp.
**Date:** August 2, 2024 at 1:29 PM
**To:** Bart Hubbuch bart@getmemphisseoul.com

BN

I disagree with almost everything you have said. Nevertheless, if you would like our assistance in turning over the recipe book and branding, and the other requested items, we will need you to do more than dismiss the action and take down the Instagram Post. We need a general release and a non-disparagement agreement. If you are not amenable to that, we will await the outcome of your lawsuit.

---

DHC
**Benjamin Noren, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue, New York, NY 10158
Firm: 212.557.7200 Direct: 646.428.3120
Fax: 212.286.1884 Cell: 516.567.5706
Email: bn@dhclegal.com
Website

---

**From:** Bart Hubbuch <bart@getmemphisseoul.com>
**Sent:** Thursday, August 1, 2024 3:40 PM
**To:** Noren, Benjamin <bn@dhclegal.com>
**Subject:** Re: Tasteland Holdings LLC v. J&M Realty Services Corp.

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Mr. Noren:

Your client continues to be in illegal possession of our federally trademarked intellectual property, specifically our recipe book, and I demand its immediate return or I will take further legal action to recover it.

You might think you're being humorous with the sarcastic quote marks, but that "federally trademarked recipe book" has produced more than $3 million in food sales in our five-year history. You also apparently are not aware that, when restaurants are sold, the purchaser is first and foremost buying the recipe book.

With more than $3 million in total food sales, a practical valuation of $5 million could realistically be assigned to our proprietary recipe book. So I would strongly advise your client that his continued illegal possession is unwise and could prove very financially costly in the long run.

As for your claim of defamation, in New York City, commercial landlords are required to maintain essential utilities (gas, electricity and water) during unoccupied periods in order to ensure public

essential utilities (gas, electricity and water) during unoccupied periods in order to ensure public safety, avoid service disruption, prevent damage to the property and facilitate new tenant occupancy.

Your client:

1) ignored collection notices from Con Edison sent to the building address in May 2022 and July 2022;

2) failed to maintain the gas connection with the required placeholder designation though Con Ed during the six months between the departure of the previous tenant and Memphis Seoul signing its lease;

3) did not inform Memphis Seoul before we signed our lease that they had failed to maintain the gas connection from May 2022 until October 2022, and that gas service was in danger of termination as a result;

4) allowed and enabled representatives from Con Ed to enter our basement space with no notice to us in February 2023, at which time Con Edison disconnected our gas service and removed the gas meter located on our side of the basement;

5) breached our lease agreement with this clear violation of paragraph 83 of the lease rider, which required the landlord to give us 24-hour notice before entering our basement space;

6) admitted in writing that Con Ed was allowed into our basement space by the building superintendent without notice to us. I also have a cancelled check from your client paying my general contractor for the damage stemming from a <u>second</u> violation of paragraph 83 in February 2023, when they entered our basement space without notice and used a special tool to sever our hot-water line.

Your client has claimed that they bear no responsibility for any of this because the lease requires the tenant to arrange and obtain gas service. However, please note that there is no language in the lease establishing a specific timeline or deadline for the tenant to arrange said gas service.

As a result of this negligence, I was forced to spend more than $100,000 of my limited funds in ultimately fruitless pursuit of restoring gas service. And that total doesn't include an estimated $100,000 in corporate catering lost due specifically to the fact that our concept — which revolves around fried food — was forced to operate at less than 25% capacity without gas service for the fryers.

I have already sued my former attorneys over their actions in this entire debacle, which has brought me to the brink of personal financial ruin, and I insist on retaining the right to eventually sue your clients over their role in it, too.

However, as a show of good faith, I am willing to dismiss the attached action and remove the Instagram post in return for our recipe book, our branded signage and all of our second-hand kitchen equipment (the Henny Penny fryer and the dishwasher system are both leased, are not the property of your clients and will be repossessed by their respective owners). I will also pay to

remove all of it and clean the space at no cost to your client.

Please let me know how you would like to proceed.

Sincerely,

Bart Hubbuch

**BART HUBBUCH**
Founder & owner
bart@getmemphisseoul.com
(646) 544-7597

On Aug 1, 2024, at 1:45 PM, Noren, Benjamin <bn@dhclegal.com> wrote:

Mr. Hubboch,

We represent J&M Realty Services Corp. ("J&M") with respect to the attached Small Claims Action. We have no interest in depriving you of your "federally trademarked recipe book" or "federally trademarked branding."

We can facilitate the return of these items in exchange for your agreement to: (1) dismiss the attached action; (2) release J&M and Lunar Estates LLC from any further liability; (3) not further disparage J&M; and (4) remove the defamatory Instagram Post which falsely accuses J&M of "gross negligence."

Please let me know if you are amenable to this proposed resolution.

Best,
Ben

<image001.jpg>
**Benjamin Noren, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue, New York, NY 10158
Firm: 212.557.7200 Direct: 646.428.3120
Fax: 212.286.1884 Cell: 516.567.5706
Email: bn@dhclegal.com
Website

**IMPORTANT NOTICE:**Beware of Cyber Fraud. You should never wire money to any bank account that our office provides to you via email without first speaking with our office. Further,do not accept emailed wiring instructions from anyone else without voice verification from a known employee of our office. Even if an email looks like it has come from this office or someone involved in your transaction. Please call us first at a number you know to be correct for this office to verify the information before wiring any money. Be particularly wary of any request to change wiring instructions you already received.

**********************************************************************

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify us immediately by email reply to sender or by telephone to Davidoff Hutcher & Citron LLP at (800) 793-2843, ext. 3284, and destroy all copies of this message and any attachments.

**********************************************************************

<TASTELAND HOLDINGS v. J&M REALTY SERVICES.pdf>

**IMPORTANT NOTICE:**Beware of Cyber Fraud. You should never wire money to any bank account that our office provides to you via email without first speaking with our office. Further,do not accept emailed wiring instructions from anyone else without voice verification from a known employee of our office. Even if an email looks like it has come from this office or someone involved in your transaction. Please call us first at a number you know to be correct for this office to verify the information before wiring any money. Be particularly wary of any request to change wiring instructions you already received.

**********************************************************************

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify us immediately by email reply to sender or by telephone to Davidoff Hutcher & Citron LLP at (800) 793-2843, ext. 3284, and destroy all copies of this message and any attachments.

**********************************************************************

**From:** **Noren, Benjamin** bn@dhclegal.com
**Subject:** Memphis Seoul Access
**Date:** August 9, 2024 at 11:27 AM
**To:** Bart Hubbuch bart@getmemphisseoul.com

BN

Bart,

You cannot just come to the premises as you wish. That is not how this is going to work. This needs to be preplanned so J&M can have someone there. Do you want to come back on Monday or Tuesday of next week from 10:30-4:30?


DHC

**Benjamin Noren, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue, New York, NY 10158
Firm: 212.557.7200 Direct: 646.428.3120
Fax: 212.286.1884 Cell: 516.567.5706
Email: bn@dhclegal.com
Website



**IMPORTANT NOTICE:**Beware of Cyber Fraud. You should never wire money to any bank account that our office provides to you via email without first speaking with our office. Further,do not accept emailed wiring instructions from anyone else without voice verification from a known employee of our office. Even if an email looks like it has come from this office or someone involved in your transaction. Please call us first at a number you know to be correct for this office to verify the information before wiring any money. Be particularly wary of any request to change wiring instructions you already received.

************************************************************************

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify us immediately by email reply to sender or by telephone to Davidoff Hutcher & Citron LLP at (800) 793-2843, ext. 3284, and destroy all copies of this message and any attachments.

************************************************************************

**From:** **Noren, Benjamin** bn@dhclegal.com
**Subject:** RE: Memphis Seoul Access
**Date:** August 15, 2024 at 11:18 AM
**To:** Bart Hubbuch bart@getmemphisseoul.com

BN

Bart,

J&M is a small family-run business. It cannot allot endless days to supervising your move-out. We provided you with three-days. You should have been able to complete the move-out in that time. Indeed, David expected you to arrive at 10:30 am on Tuesday, and for some reason your team didn't show till 1:30 pm.

J&M is running on limiting staffing until September. David is away, and there is no one available to give you access to the premises at this time. Unfortunately, we will not be able to give you access until September.

DHC

**Benjamin Noren, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue, New York, NY 10158
Firm: 212.557.7200 Direct: 646.428.3120
Fax: 212.286.1884 Cell: 516.567.5706
Email: bn@dhclegal.com
Website

**From:** Bart Hubbuch <bart@getmemphisseoul.com>
**Sent:** Thursday, August 15, 2024 9:45 AM
**To:** Noren, Benjamin <bn@dhclegal.com>
**Subject:** Re: Memphis Seoul Access

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Mr. Noren:

We can argue about this all day, or your client can give us access this morning and both sides can thankfully be done with this entire matter.

We only have a small amount of equipment left to remove. Why your client wants to make this difficult or drag it out any longer is an extreme mystery to me.

Bart

On Aug 14, 2024, at 4:27PM, Bart Hubbuch <bart@getmemphisseoul.com> wrote:

Mr. Noren:

Mr. Noren:

We are down to our last day needed for removal of all the equipment and for cleanup.

However, your client needlessly denied us access today without giving a reason, and his repeated antagonistic behavior is causing me to consider my legal options.

If your client required specific appointments for access, you should have written it into the agreement. There is no wording that requires me to set appointment times or ask for permission. However, this behavior by your clients doesn't surprise me in the least — it just continues a long pattern of the Edelmans thinking that rules and lease clauses don't apply to them.

We require access Thursday (tomorrow).

Bart

On Aug 9, 2024, at 11:27 AM, Noren, Benjamin <bn@dhclegal.com> wrote:

Bart,

You cannot just come to the premises as you wish. That is not how this is going to work. This needs to be preplanned so J&M can have someone there. Do you want to come back on Monday or Tuesday of next week from 10:30-4:30?

**<image001.jpg>**
**Benjamin Noren, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue, New York, NY 10158
Firm: 212.557.7200 Direct: 646.428.3120
Fax: 212.286.1884 Cell: 516.567.5706
Email: bn@dhclegal.com
Website

**IMPORTANT NOTICE:**Beware of Cyber Fraud. You should never wire money to any bank account that our office provides to you via

email
without first speaking with our office. Further,do not accept emailed
wiring instructions from anyone else without voice verification from
a known
employee of our office. Even if an email looks like it has come from
this
office or someone involved in your transaction. Please call us first at
a number
you know to be correct for this office to verify the information before
wiring
any money. Be particularly wary of any request to change wiring
instructions
you already received.
*********************************************************************
**
STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any
attachments to this message are intended for the exclusive use of
the
addressee(s) and may contain confidential or privileged
information.
If you are not the intended recipient, please notify us immediately
by email reply to sender or by telephone to Davidoff Hutcher &
Citron
LLP at (800) 793-2843, ext. 3284, and destroy all copies of this
message and any attachments.
*********************************************************************
**

**IMPORTANT NOTICE:**Beware of Cyber Fraud. You should never
wire money to any bank account that our office provides to you via email
without first speaking with our office. Further,do not accept emailed
wiring instructions from anyone else without voice verification from a known
employee of our office. Even if an email looks like it has come from this
office or someone involved in your transaction. Please call us first at a number
you know to be correct for this office to verify the information before wiring
any money. Be particularly wary of any request to change wiring instructions
you already received.
*********************************************************************
STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any
attachments to this message are intended for the exclusive use of the

addressee(s) and may contain confidential or privileged information.
If you are not the intended recipient, please notify us immediately
by email reply to sender or by telephone to Davidoff Hutcher & Citron
LLP at (800) 793-2843, ext. 3284, and destroy all copies of this
message and any attachments.
*********************************************************************

**From:** **Noren, Benjamin** bn@dhclegal.com
**Subject:** RE: Memphis Seoul Access
**Date:** September 10, 2024 at 1:50 PM
**To:** Bart Hubbuch bart@getmemphisseoul.com

BN

OK. I will reach out to David and get back to you shortly. Just to confirm it will only be one day, correct?

DHC
**Benjamin Noren, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue, New York, NY 10158
Firm: 212.557.7200 Direct: 646.428.3120
Fax: 212.286.1884 Cell: 516.567.5706
Email: bn@dhclegal.com
Website

**From:** Bart Hubbuch <bart@getmemphisseoul.com>
**Sent:** Tuesday, September 10, 2024 1:49 PM
**To:** Noren, Benjamin <bn@dhclegal.com>
**Subject:** Re: Memphis Seoul Access

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Benjamin:

Now that it is September, we would like to come and get the rest of our belongings. This Friday (9/13) would be our preference. Please let me know if this works for David.

Bart Hubbuch

On Aug 15, 2024, at 11:18 AM, Noren, Benjamin <bn@dhclegal.com> wrote:

Bart,

J&M is a small family-run business. It cannot allot endless days to supervising your move-out. We provided you with three-days. You should have been able to complete the move-out in that time. Indeed, David expected you to arrive at 10:30 am on Tuesday, and for some reason your team didn't show till 1:30 pm.

J&M is running on limiting staffing until September. David is away, and there is no one available to give you access to the premises at this time. Unfortunately, we will not be able to give you access until September.

---

**<image001.jpg>**
**Benjamin Noren, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue, New York, NY 10158
Firm: 212.557.7200 Direct: 646.428.3120
Fax: 212.286.1884 Cell: 516.567.5706
Email: bn@dhclegal.com
Website

---

**From:** Bart Hubbuch <bart@getmemphisseoul.com>
**Sent:** Thursday, August 15, 2024 9:45 AM
**To:** Noren, Benjamin <bn@dhclegal.com>
**Subject:** Re: Memphis Seoul Access

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

---

Mr. Noren:

We can argue about this all day, or your client can give us access this morning and both sides can thankfully be done with this entire matter.

We only have a small amount of equipment left to remove. Why your client wants to make this difficult or drag it out any longer is an extreme mystery to me.

Bart

> On Aug 14, 2024, at 4:27PM, Bart Hubbuch <bart@getmemphisseoul.com> wrote:
>
> Mr. Noren:
>
> We are down to our last day needed for removal of all the equipment and for cleanup.
>
> However, your client needlessly denied us access today without giving a reason, and his repeated antagonistic behavior is causing me to consider my legal options.
>
> If your client required specific appointments for access, you should have written it into the agreement. There is no wording that requires me to set appointment times or ask for permission. However, this

me to set appointment times or ask for permission. However, this behavior by your clients doesn’t surprise me in the least — it just continues a long pattern of the Edelmans thinking that rules and lease clauses don’t apply to them.

We require access Thursday (tomorrow).

Bart

On Aug 9, 2024, at 11:27 AM, Noren, Benjamin <bn@dhclegal.com> wrote:

Bart,

You cannot just come to the premises as you wish. That is not how this is going to work. This needs to be preplanned so J&M can have someone there. Do you want to come back on Monday or Tuesday of next week from 10:30-4:30?

---

**<image001.jpg>**
**Benjamin Noren, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue, New York, NY 10158
Firm: 212.557.7200 Direct: 646.428.3120
Fax: 212.286.1884 Cell: 516.567.5706
Email: bn@dhclegal.com
Website

**IMPORTANT NOTICE:**Beware of Cyber Fraud. You should never
wire money to any bank account that our office provides to you via email
without first speaking with our office. Further,do not accept emailed
wiring instructions from anyone else without voice

verification from a known employee of our office. Even if an email looks like it has come from this office or someone involved in your transaction. Please call us first at a number you know to be correct for this office to verify the information before wiring any money. Be particularly wary of any request to change wiring instructions you already received.
**********************************************************************

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information.
If you are not the intended recipient, please notify us immediately by email reply to sender or by telephone to Davidoff Hutcher & Citron LLP at (800) 793-2843, ext. 3284, and destroy all copies of this message and any attachments.
**********************************************************************

**IMPORTANT NOTICE:**Beware of Cyber Fraud. You should never wire money to any bank account that our office provides to you via email without first speaking with our office. Further,do not accept emailed wiring instructions from anyone else without voice verification from a known employee of our office. Even if an email looks like it has come from this office or someone involved in your transaction. Please call us first at a number you know to be correct for this office to verify the information before wiring any money. Be particularly wary of any request to change wiring instructions you already received.
**********************************************************************

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information.

addressee(s) and may contain confidential or privileged information.
If you are not the intended recipient, please notify us immediately
by email reply to sender or by telephone to Davidoff Hutcher & Citron
LLP at (800) 793-2843, ext. 3284, and destroy all copies of this
message and any attachments.
**********************************************************************

**IMPORTANT NOTICE:**Beware of Cyber Fraud. You should never wire money to any bank account that our office provides to you via email without first speaking with our office. Further,do not accept emailed wiring instructions from anyone else without voice verification from a known employee of our office. Even if an email looks like it has come from this office or someone involved in your transaction. Please call us first at a number you know to be correct for this office to verify the information before wiring any money. Be particularly wary of any request to change wiring instructions you already received.
**********************************************************************
STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any
attachments to this message are intended for the exclusive use of the
addressee(s) and may contain confidential or privileged information.
If you are not the intended recipient, please notify us immediately
by email reply to sender or by telephone to Davidoff Hutcher & Citron
LLP at (800) 793-2843, ext. 3284, and destroy all copies of this
message and any attachments.
**********************************************************************

**From:** **Noren, Benjamin** bn@dhclegal.com
**Subject:** RE: Memphis Seoul Access
**Date:** September 10, 2024 at 3:30 PM
**To:** Bart Hubbuch bart@getmemphisseoul.com

BN

Bart – We can provide access on Friday from 9:00 – 3:00 pm. This will be your last opportunity to move out. Please complete your move out on that date, as we cannot devote more J&M resources to your move-out.

DHC
**Benjamin Noren, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue, New York, NY 10158
Firm: 212.557.7200 Direct: 646.428.3120
Fax: 212.286.1884 Cell: 516.567.5706
Email: bn@dhclegal.com
Website

**From:** Bart Hubbuch <bart@getmemphisseoul.com>
**Sent:** Tuesday, September 10, 2024 1:49 PM
**To:** Noren, Benjamin <bn@dhclegal.com>
**Subject:** Re: Memphis Seoul Access

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Benjamin:

Now that it is September, we would like to come and get the rest of our belongings. This Friday (9/13) would be our preference. Please let me know if this works for David.

Bart Hubbuch

On Aug 15, 2024, at 11:18 AM, Noren, Benjamin <bn@dhclegal.com> wrote:

Bart,

J&M is a small family-run business. It cannot allot endless days to supervising your move-out. We provided you with three-days. You should have been able to complete the move-out in that time. Indeed, David expected you to arrive at 10:30 am on Tuesday, and for some reason your team didn't show till 1:30 pm.

J&M is running on limiting staffing until September. David is away, and there is no one available to give you access to the premises at this time. Unfortunately, we will not be able to give you access until September.

______________________________

**<image001.jpg>**
**Benjamin Noren, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue, New York, NY 10158
Firm: 212.557.7200 Direct: 646.428.3120
Fax: 212.286.1884 Cell: 516.567.5706
Email: bn@dhclegal.com
Website

---

**From:** Bart Hubbuch <bart@getmemphisseoul.com>
**Sent:** Thursday, August 15, 2024 9:45 AM
**To:** Noren, Benjamin <bn@dhclegal.com>
**Subject:** Re: Memphis Seoul Access

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

---

Mr. Noren:

We can argue about this all day, or your client can give us access this morning and both sides can thankfully be done with this entire matter.

We only have a small amount of equipment left to remove. Why your client wants to make this difficult or drag it out any longer is an extreme mystery to me.

Bart

> On Aug 14, 2024, at 4:27PM, Bart Hubbuch <bart@getmemphisseoul.com> wrote:
>
> Mr. Noren:
>
> We are down to our last day needed for removal of all the equipment and for cleanup.
>
> However, your client needlessly denied us access today without giving a reason, and his repeated antagonistic behavior is causing me to consider my legal options.
>
> If your client required specific appointments for access, you should have written it into the agreement. There is no wording that requires

have written it into the agreement. There is no wording that requires me to set appointment times or ask for permission. However, this behavior by your clients doesn't surprise me in the least — it just continues a long pattern of the Edelmans thinking that rules and lease clauses don't apply to them.

We require access Thursday (tomorrow).

Bart

On Aug 9, 2024, at 11:27 AM, Noren, Benjamin <bn@dhclegal.com> wrote:

Bart,

You cannot just come to the premises as you wish. That is not how this is going to work. This needs to be preplanned so J&M can have someone there. Do you want to come back on Monday or Tuesday of next week from 10:30-4:30?

**<image001.jpg>**
**Benjamin Noren, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue, New York, NY 10158
Firm: 212.557.7200 Direct: 646.428.3120
Fax: 212.286.1884 Cell: 516.567.5706
Email: bn@dhclegal.com
Website

**IMPORTANT NOTICE:**Beware of Cyber Fraud. You should never
wire money to any bank account that our office provides to you via email
without first speaking with our office. Further,do not accept emailed

wiring instructions from anyone else without voice
verification from a known
employee of our office. Even if an email looks like it has
come from this
office or someone involved in your transaction. Please
call us first at a number
you know to be correct for this office to verify the
information before wiring
any money. Be particularly wary of any request to
change wiring instructions
you already received.
*******************************************************
***************

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message
and any
attachments to this message are intended for the
exclusive use of the
addressee(s) and may contain confidential or
privileged information.
If you are not the intended recipient, please notify us
immediately
by email reply to sender or by telephone to Davidoff
Hutcher & Citron
LLP at (800) 793-2843, ext. 3284, and destroy all copies
of this
message and any attachments.
*******************************************************
***************

**IMPORTANT NOTICE:**Beware of Cyber Fraud. You should never
wire money to any bank account that our office provides to you via email
without first speaking with our office. Further,do not accept emailed
wiring instructions from anyone else without voice verification from a known
employee of our office. Even if an email looks like it has come from this
office or someone involved in your transaction. Please call us first at a number
you know to be correct for this office to verify the information before wiring
any money. Be particularly wary of any request to change wiring instructions
you already received.
**********************************************************************
STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any
attachments to this message are intended for the exclusive use of the

attachments to this message are intended for the exclusive use of the
addressee(s) and may contain confidential or privileged information.
If you are not the intended recipient, please notify us immediately
by email reply to sender or by telephone to Davidoff Hutcher & Citron
LLP at (800) 793-2843, ext. 3284, and destroy all copies of this
message and any attachments.
**********************************************************************

**IMPORTANT NOTICE:**Beware of Cyber Fraud. You should never
wire money to any bank account that our office provides to you via email
without first speaking with our office. Further,do not accept emailed
wiring instructions from anyone else without voice verification from a known
employee of our office. Even if an email looks like it has come from this
office or someone involved in your transaction. Please call us first at a number
you know to be correct for this office to verify the information before wiring
any money. Be particularly wary of any request to change wiring instructions
you already received.
**********************************************************************
STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any
attachments to this message are intended for the exclusive use of the
addressee(s) and may contain confidential or privileged information.
If you are not the intended recipient, please notify us immediately
by email reply to sender or by telephone to Davidoff Hutcher & Citron
LLP at (800) 793-2843, ext. 3284, and destroy all copies of this
message and any attachments.
**********************************************************************