**From:** donotreply@records.nyc.gov
**Subject:** [OpenRecords] Request FOIL-2025-032-00371 Closed
**Date:** March 10, 2026 at 11:04 AM
**To:** bhubbuch@gmail.com

D

The Department of Investigation (DOI) has **closed** your FOIL request FOIL-2025-032-00371 for the following reasons:

- Your request under the Freedom of Information Law (FOIL) is denied in part and granted in part for the reasons stated below.
- Your request under the Freedom of Information Law (FOIL) is denied on the ground that the records you requested are exempt from disclosure under FOIL because disclosure would constitute an unwarranted invasion of personal privacy. Public Officers Law secs. 87(2)(b) and 89(2)(b).

You may appeal the decision to deny access to material that was redacted in part or withheld in entirety by contacting the agency's FOIL Appeals Officer: FOILAppeals@doi.nyc.gov within 30 days.

**Please check your email inbox's spam folder to ensure you received all records provided by the agency.**